UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IVEY WINKLER,

    Plaintiff,

v.                                  Case No.:  2:25-cv-937-SPC-NPM

DOUGLAS A. COLLINS, in his
official capacity as Secretary of U.S.
Department of Veterans Affairs,
and U.S. DEPARTMENT OF
VETERANS AFFAIRS,

    Defendants.

## ORDER

This matter comes before the Court on a *sua sponte* review of the file. Plaintiff Ivey Winkler, who is proceeding pro se, sues Defendants for disability discrimination. (Doc. 1). On October 20, 2025, the Court advised Plaintiff that she failed to file her Local Rule 3.03 disclosure statement with her initial appearance and gave her until November 3 to do so. (Doc. 5). This deadline came and went without Plaintiff's compliance. So on November 7, the Court entered another Order again requiring Plaintiff to file her disclosure statement by November 14 or, alternatively, show cause why the Court should not dismiss the case for failure to prosecute. (Doc. 8). And it cautioned her that failure to do so may result in dismissal without further notice. (*Id.*). Plaintiff again

failed to comply. It thus appears Plaintiff has abandoned this case,[1] so it is dismissed. *See* M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Accordingly, it is now

**ORDERED:**

1. Plaintiff's case is **DISMISSED without prejudice.**
2. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on December 3, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Indeed, Plaintiff has done nothing in this case since she initiated it.

2